

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00122-CV

ESO SOLUTIONS, INC., APPELLANT

V.

INTERDEV TECHNOLOGIES CORPORATION
AND VALSOFT CORPORATION INC., APPELLEES

On Appeal from the 200th District Court
Travis County, Texas
Trial Court No. D-1-GN-23-002713, Honorable Amy Clark Meachum, Presiding

July 12, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, ESO Solutions, Inc., appeals from the trial court's *Order Dismissing Case for Lack of Plenary Power, and, in alternative, Order Sustaining Nonresident Defendants' Verified Special Appearance as to Amended Petition.*[1] Now pending before this Court is Appellant's motion seeking voluntary dismissal of the appeal. The Court

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. Because the motion does not reflect an agreement of the parties concerning the payment of costs, costs will be taxed against Appellant. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam